MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
FAX: (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
EVAN DENNY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-12-386 JAM |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE; ORDER** |
| v. | |
| | Date: June 11, 2013 |
| | Time: 9:45 a.m. |
| EVAN DENNY | Judge: Hon. JOHN A. MENDEZ |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JUSTIN LEE, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant DENNY, that the present dates for the status hearing be re calendared for June 11, 2013 at 9:45 a.m.

This continuance is requested as defense counsel needs adequate time to prepare for the case, and the defense is still reviewing the discovery and will be researching matters. As well, defense counsel will be in negotiations

with the government in an effort to resolve the case.

    Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through June 11 2013 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: May 20, 2013.    Respectfully submitted,

    MARK J. REICHEL, ESQ.

    */s/ MARK J. REICHEL*
MARK J. REICHEL
Attorney for defendant


    BENJAMIN WAGNER
United States Attorney

DATED: May 20, 2013    */s/MARK J. REICHEL* for:
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED. For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

DATED: May 20, 2013.

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
United States District Court Judge